UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LYNN MUELLER and GARY MUELLER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> FARMERS INSURANCE COMPANY, INC., ) <br> ) <br> Defendant. ) | Case No. 4:08CV02032 ERW |

## JUDGMENT

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion for Summary Judgment [doc. #13] is **GRANTED**. The claims of Plaintiffs Lynn Mueller and Gary Mueller are **DISMISSED, with prejudice**.

Dated this 13th Day of October, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE